Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
TANGSHAN SCHIJICHENHUI IRON AND STEEL PRODUCTS CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANGSHAN SCHIJICHENHUI IRON AND STEEL PRODUCTS CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LORDS POLYMER (I) PVT. LTD., BLUE FLEET MANAGEMENT CO. LTD., BLUE FLEET CHARTERING S.A., and BELINDA BLUE OCEAN INC., <br><br> Defendants. | 08 Civ. 3576 (CROTTY) <br><br> **CORPORATE DISCLOSURE IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

  I, Michael J. Frevola, attorney for Plaintiff Tangshan Schijichenhui Iron and Steel Products Co., Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure regarding Plaintiff Tangshan Schijichenhui Iron and Steel Products Co., Ltd.:

  Tangshan Schijichenhui Iron and Steel Products Co., Ltd. does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated:   New York, New York
         April 14, 2008

                                    HOLLAND & KNIGHT LLP

                          By:       /s/ Michael J. Frevola
                                    Michael J. Frevola
                                    Christopher R. Nolan
                                    195 Broadway
                                    New York, NY 10007-3189
                                    Tel:   (212) 513-3200
                                    Fax:   (212) 385-9010

                                    *Attorneys for Plaintiffs*