Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
TANGSHAN SCHIJICHENHUI IRON AND STEEL PRODUCTS CO., LTD.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _4/15/08_ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANGSHAN SCHIJICHENHUI IRON AND
STEEL PRODUCTS CO., LTD.

Plaintiff,

-against-

LORDS POLYMER (I) PVT. LTD.,
BLUE FLEET MANAGEMENT CO. LTD.,
BLUE FLEET CHARTERING S.A., and
BELINDA BLUE OCEAN INC.,

Defendants.

08 Civ. $3576$ (CROTTY)

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

**UPON** application of Plaintiff Tangshan Shijichenhui Iron and Steel Products Co. Ltd.

("Tangshan" or "Plaintiff") for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills,

Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ

and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support

and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green,

Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are

qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:     New York, New York
           April _____, 2008

SO ORDERED

_____
U.S.D.J.