Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
TANGSHAN SCHIJICHENHUI IRON AND STEEL PRODUCTS CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANGSHAN SCHIJICHENHUI IRON AND STEEL PRODUCTS CO., LTD., <br><br> Plaintiff, <br><br> -against- <br><br> LORDS POLYMER (I) PVT. LTD., BLUE FLEET MANAGEMENT CO. LTD., BLUE FLEET CHARTERING S.A., and BELINDA BLUE OCEAN INC., <br><br> Defendants. | 08 Civ. 3576 (CROTTY) <br><br> **AFFIDAVIT IN** <br> <u>**SUPPORT OF ATTACHMENT**</u> |

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Michael J. Frevola, being duly sworn, deposes and says:

1.   I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Tangshan Shijichenhui Iron and Steel Products Co. Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendants Lords Polymer (I) Pvt. Ltd. ("Lords Polymer"), Blue Fleet Management Co. Ltd. ("Blue Fleet Management"), Blue Fleet Chartering S.A. ("Blue Fleet Chartering") and Belinda Blue Ocean Inc. ("Belinda Blue") (collectively "Defendants") are not listed in the telephone directory of the principal metropolitan areas in this district, nor is it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Defendants Lords Polymer (I) Pvt. Ltd. ("Lords Polymer"), Blue Fleet Management Co. Ltd., ("Blue Fleet Management"), Blue Fleet Chartering S.A. ("Blue Fleet Chartering") and Belinda Blue Ocean Inc. ("Belinda Blue") are neither New York business entities, nor are they foreign business entities authorized to do business in New York.

5. To the best of my information and belief, Defendants Lords Polymer (I) Pvt. Ltd. ("Lords Polymer"), Blue Fleet Management Co. Ltd., ("Blue Fleet Management"), Blue Fleet Chartering S.A. ("Blue Fleet Chartering") and Belinda Blue Ocean Inc. ("Belinda Blue") cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendants Lords Polymer (I) Pvt. Ltd. ("Lords Polymer"), Blue Fleet Management Co. Ltd., ("Blue Fleet Management"), Blue Fleet Chartering S.A. ("Blue Fleet Chartering") and Belinda Blue Ocean Inc. ("Belinda Blue") are liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, to a total of US$2,560,813.14, including estimated interest, expenses and attorneys' fees.

7.  Upon information and belief, Defendants has property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name of Defendants Lords Polymer (I) Pvt. Ltd. ("Lords Polymer"), Blue Fleet Management Co. Ltd. ("Blue Fleet Management"), Blue Fleet Chartering S.A. ("Blue Fleet Chartering") and/or Belinda Blue Ocean Inc. ("Belinda Blue") at one or more of the following financial institutions:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

  China Trust Ban

  Industrial Bank of Korea

  Shin Han Bank

  Great Eastern Bank

  Nara Bank

  United Orient Bank

  8. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to US$2,560,813.14.

  **WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____<br>Michael J. Frevola

Sworn to before me this
14th day of April, 2008

_____
    Notary Public

# 5244093_v1

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010

4