CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TANGSHAN SCHIJICHENHUI IRON AND :
STEEL PRODUCTS CO., LTD., :
 :
                Plaintiff, :    08-CV-3576
 :
      v. :    **NOTICE OF**
 :    **APPEARANCE**
LORDS POLYMER (I) PVT. LTD., BLUE FLEET :
MANAGEMENT CO. LTD., BLUE FLEET :
CHARTERING S.A., and BELINDA BLUE :
OCEAN INC., :
                Defendants. :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
        May 6, 2008

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch
             By:        _____
                                          Richard J. Reisert (RR-7118)
                                          7800 River Road
                                          North Bergen, NJ 07047
                                          Tel: (201) 537-1200
                                          Fax: (201) 537-1201
                                          Email: reisert@navlaw.com