DE ORCHIS & PARTNERS, LLP.
*Attorneys for Defendant Lords Polymer (I) Pvt. Ltd.*
61 Broadway, Suite 2600
New York, New York 10006
(212) 344-4700

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

TANGSHAN SHIAJICHENHUI IRON AND
STEEL PRODUCTS CO. LTD.,

                *Plaintiff,*

    - against -

LORDS POLYMER (I) PVT. LTD.; BLUE FLEET
MANAGEMENT COMPANY LTD.; BLUE FLEET
CHARTERING S.A.; and BELINDA BLUE
OCEAN INC.,

                *Defendants,*

------------------------------------------------------------- X

08 Civ. 3576 (PAC)

**ORDER TO SHOW CAUSE**

    Upon the annexed Declaration Under Penalty of Perjury of Amit Saha and exhibits annexed thereto and upon the annexed Memorandum of Law in Support, and all prior pleadings and proceedings had herein, *it is hereby:*

    ORDERED that the plaintiff show cause before this Court on May 19, 2008 at 2:15 PM in Courtroom 20-C, pursuant to Rule E (4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rules") and Local Admiralty Rule E.1. why an Order should not be entered vacating the attachment levied in this case and for such additional relief as requested by the defendant;

    IT IS FURTHER ORDERED that copies of this Order and all supporting papers should be served by hand or by facsimile or by e-mail upon counsel for the plaintiff, Holland & Knight

✓ LLP., 195 Broadway, New York, New York 10007-3189, on or before May _14_, 2008, and that such service be deemed good and sufficient service; and

✓ IT IS FURTHER ORDERED that any answering papers be severed on attorneys for
✓ defendant in the same manner on or before May _16_, 2008 at _5 PM_ o'clock, ~~and~~ with courtesy copies to be hand delivered to the Court.

✓ IT IS FURTHER ORDERED that any reply papers be served on attorneys for plaintiff in the same manner on or before May _19_, 2008 at _9 AM_ ~~o'clock,~~ with courtesy copies to be hand delivered to the Court.

✓ DATED:   New York, New York
         May _13_, 2008

_____
          U.S.D.J.