**Holland+Knight**

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

May 15, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 6 2008

VIA E-MAIL

The Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 735
New York, New York 10007

    Re:    <u>Tangshan Schijichenhui Iron & Steel Products Co. v. Lords Polymer (I) Pvt. Ltd.</u>
            SDNY Docket #: 08 Civ. 3576 (PAC)
            Our File: 116704-00001

**MEMO ENDORSED**

Honorable Sir:

    We are counsel for plaintiff Tangshan Schijichenhui Iron & Steel Products Co., Ltd. ("Tangshan") in the referenced matter. We refer to our previous letter to Your Honor dated May 13 and write to propose an agreed revised schedule of briefing that would not change Monday's schedule.

    In an effort to compromise, counsel for Defendant Lords Polymer graciously has proposed that Plaintiff's deadline to serve its opposition papers be changed from tomorrow (Friday, May 16) at 5 p.m. to Saturday, May 17 at 6 p.m. As for the deadline for the service of Lords Polymer's reply papers and the time of the oral argument, they would remain unchanged as set by Your Honor's Order to Show Cause.

    So as to facilitate ease of service during the weekend when it will be difficult to access PDF capabilities, we have proposed to Lords Polymer's counsel that we serve both counsel for Lords Polymer and Your Honor's chambers with the final version of Plaintiff's opposition papers on Saturday with the symbol "//s//", which papers we then will counter-sign on Monday and file in PDF form on Monday in accordance with ECF rules.

2 -   The Honorable Paul A. Crotty
      May 15, 2008

     If the foregoing is acceptable to Your Honor, we have provided a "So Ordered" line below for Your Honor's endorsement. We look forward to receiving the Court's decision in due course and we thank Your Honor for his attention to this matter.

                                                                  Respectfully Submitted,

                                                                  HOLLAND & KNIGHT LLP

                                                                  By: _____

MJF/mf                                                        Michael J. Frevola
cc:   **Via E-Mail**
       John A. Orzel, Esq.
       DeOrchis & Partners, LLP
       *Attorneys for Defendant Lords Polymer (I) Pvt. Ltd.*


**SO ORDERED:**

_____   _____
U.S.D.J.                                             Date

# 5335525_v1