DE ORCHIS & PARTNERS, LLP.
*Attorneys for Defendant Lords Polymer (I) Pvt. Ltd.*
61 Broadway, Suite 2600
New York, New York  10006
(212) 344-4700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
TANGSHAN SHIAJICHENHUI IRON AND
STEEL PRODUCTS CO. LTD.,

          *Plaintiff,*

- against –

LORDS POLYMER (I) PVT. LTD.; BLUE FLEET
MANAGEMENT COMPANY LTD.; BLUE FLEET
CHARTERING S.A.; and BELINDA BLUE
OCEAN INC.,

          *Defendants,*
------------------------------------------------------------------- X

**08 Civ. 3576 (PAC)**

**NOTICE OF RESTRICTED APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Lords Polymer (I) Pvt., Ltd., who appears by restricted appearance under Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive ECF Notices in this matter.  I certify that I am admitted to practice before this Honorable Court.

DATED:    New York, New York
               May 8, 2008

                                           DE ORCHIS & PARTNERS, LLP.
                                           *Attorneys for Defendant*
                                           Lords Polymers (I) Pvt., Ltd.

                                By:     **/S/**
                                        John A. Orzel (JO-2420)
                                        61 Broadway, Suite 2600
                                        New York, New York 10006
                                        (212) 344-4700
                                        jorzel@marinelex.com