

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TANGSHAN SCHIJICHENHUI IRON AND
STEEL PRODUCTS CO., LTD.,

                         Plaintiff,

      -against-

LORDS POLYMER (I) PVT. LTD.,
BLUE FLEET MANAGEMENT CO. LTD.,
BLUE FLEET CHARTERING S.A., and
BELINDA BLUE OCEAN INC.,

                        Defendants.

08 Civ. 3576 (PAC)

**NOTICE OF APPEAL**

Notice is hereby given that Tangshan Schijichenhui Iron and Steel Products Co., Ltd. ("Plaintiff"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order and judgment dated the 20th of May, 2008 and entered in this action on the 28th day of May, 2008, as well as all adverse rulings subsumed therein, including the oral opinion and order issued at oral argument on the 19th of May, 2008.

Dated: New York, New York
       June 3, 2008

                                            HOLLAND & KNIGHT LLP

                                            By: _____
                                            Michael J. Frevola
                                            Francesca Morris
                                            Christopher R. Nolan
                                            195 Broadway
                                            New York, New York 10007-3189
                                            Tel:    (212) 513-3200
                                            Fax:   (212) 385-9010

                                            *Attorneys for Plaintiff*
                                            *Tangshan Schijichenhui Iron and Steel Products Co., Ltd.*

TO: John A. Orzel, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
*Attorneys for Defendant Lords Polymer (I) Pvt. Ltd.*

# 5366643_v2