# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

S.D.N.Y. - N.Y.C.
08-cv-3576
Crotty, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of June, two thousand eight,

Present:

    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges*,
    Hon. John G. Koeltl,[*]
        *District Judge*.

---

Tangshan Schijichenhui Iron and Steel Products Co., Ltd.,
    *Plaintiff-Appellant*,

v.                                                                                           08-2694-cv

Lords Polymer (I) Pvt. Ltd., *et al.*,
    *Defendants-Appellees*.

---

Appellant moves for a stay of execution of the district court's order vacating a maritime attachment. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See McCue v. City of New York (In re World Trade Ctr. Disaster Site Litigation)*, 503 F.3d 167, 170 (2d Cir. 2007); *Aqua Stoli Shipping Ltd. v. Gardner Smith Ltd.*, 460 F.3d 434, 445 (2d Cir. 2006). Appellees request an order requiring appellant to post a supersedeas bond prior to proceeding with the appeal. Upon due consideration, it is hereby ORDERED that the request is DENIED as moot. Fed. R. App. P. 8(a)(1)(B).

                                  FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk

                                  By: _____

---

[*]The Honorable John G. Koeltl, United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

SAO-MML

ISSUED AS MANDATE: 7-16-08